■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL T. TAYLOR, Appellant. [732 NYS2d 584] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered August 10, 1999, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The prosecutor's use of a peremptory challenge against the sole black juror in the venire, without more, did not establish a prima facie case of purposeful discrimination (*see, Batson v Kentucky,* 476 US 79; *People v Payne,* 88 NY2d 172; *People v Cousin,* 272 AD2d 477; *People v Blackford,* 256 AD2d 619). Moreover, the prosecutor, in cross-examining the defendant on his curfew, did not contravene the *Sandoval* ruling (*see, People v Sandoval,* 34 NY2d 371).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Bracken, P. J., McGinity, Luciano and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY WILSON, Appellant. [732 NYS2d 584] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 27, 1987 (*People v Wilson,* 129 AD2d 825), affirming a judgment of the Supreme Court, Kings County, rendered June 30, 1983.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Ritter, Santucci and Krausman, JJ., concur.